UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| DAVID FINNEMAN,<br><br>　　　Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, FEDERAL CROP INSURANCE CORPORATION, and RISK MANAGEMENT AGENCY,<br><br>　　　Defendants. | 5:25-cv-05019-CCT<br><br>**DEFENDANT'S MOTION TO STAY PENDING THE GOVERNMENT SHUTDOWN** |

　　　Defendants, by and through counsel, United States Attorney Alison J. Ramsdell, and Assistant United States Attorney Stephanie C. Bengford, respectfully move this Court for an Order to stay pending deadlines in light of the United States Government shutdown. In support of this motion, the Defendants state as follows:

　　　1.　On September 30, 2025, the appropriation that had been funding the Department of Justice expired and the appropriations to the Department lapsed. The government was shut down, and the Department of Justice does not know when funding will be restored by Congress.

　　　2.　Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, "except for emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

　　　3.　The undersigned for the Department of Justice therefore requests a stay of the pending deadlines in this matter until Congress has restored appropriations to the Department.

　　　4.　If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department of Justice. The current deadline for

Defendants' brief in this matter is December 1, 2025. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

    5. Therefore, although any disruption caused to the Court and the other litigants is regretted, the Government hereby moves for a stay of its briefing in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

    Dated this 1st day of October 2025.

                                      ALISON J. RAMSDELL
                                      United States Attorney

                                      */s/ Yvette K. Lafrentz*
                                      STEPHANIE C. BENGFORD
                                      Assistant United States Attorney
                                      P.O. Box 2638
                                      Sioux Falls, SD 57101-2638
                                      Phone: (605) 330-4400
                                      Fax: (605) 330-4402
                                      Stephanie.Bengford@usdoj.gov